## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

MICHAEL BERGER,
  a/k/a "Box of Rocks,"
JAMES FREEMAN,
  a/k/a "Mystikal,"
RUBLE KEYS,
  a/k/a "Crazy Horse,"
GARY LAKEY,
  a/k/a "Eggplant,"
MARVIN LAMBERT,
  a/k/a "Methuselah,"
NEVILLE McGARITY,
  a/k/a "Wraith,"
JOHN MOSMAN,
  a/k/a "Pickleman,"
WARREN MUMPOWER,
  a/k/a "Lizzard,"
RAYMOND ROY,
  a/k/a "Nimo,"
ERIK WAYERSKI,
  a/k/a "Lerch,"
WARREN WEBER,
  a/k/a "Muad'Dib,"
and
RONALD WHITE,
  a/k/a "RoadKill"

_____/

SEALED
INDICTMENT

3:08CR22/LAC

Returned in open court pursuant to Rule 6(f)

2·21·08
Date

Elizabeth M. Timothy
United States Magistrate Judge

**THE GRAND JURY CHARGES:**

## COUNT ONE

### A. INTRODUCTION

At all times material to this Indictment:

1. The "Internet" is a worldwide, publicly accessible series of interconnected computer networks that transmit data for the purpose of sharing information across state and international borders.

2. An "Internet service provider" (ISP) is a commercial or business service that provides Internet access to its subscribers. In addition to providing access, ISPs may also provide Internet e-mail accounts, newsgroups and internet relay chat.

3. An "Internet protocol address" (IP address) is a unique numeric address used by computers on the Internet. Every computer attached to the Internet must be assigned an IP address so that Internet traffic sent from and directed to that computer may be directed properly from its source to its destination. It acts much like a home or business street address, and the assignment of such is controlled by the ISP.

4. "Usenet" or "newsgroup" is a service on the Internet which utilizes a network of computers to facilitate the posting of messages in public virtual locations. It began as a discussion forum for exchanging text messages, but it has since grown into a large file sharing network where text, software, pictures and videos can be traded and shared.

5. A "posting" is a message published in an online forum or newsgroup.

2

6. A "binary file" is a file or set of files comprised of digits rather than text (for example, images or videos). A binary file can then be read or viewed after received by the intended recipient

7. "Encryption" is the transformation of information into a cipher or secret code. It is generally done in order to make the information unreadable to anyone except those who possess special knowledge, usually referred to as a "key" or "password."

## B. CHARGE

That between on or about August 31, 2006, through the date of the return of this indictment, in the Northern District of Florida and elsewhere, the defendants,

**MICHAEL BERGER,**
**a/k/a "Box of Rocks,"**
**JAMES FREEMAN,**
**a/k/a "Mystikal,"**
**RUBLE KEYS,**
**a/k/a "Crazy Horse,"**
**GARY LAKEY,**
**a/k/a "Eggplant,"**
**MARVIN LAMBERT,**
**a/k/a "Methuselah,"**
**NEVILLE McGARITY,**
**a/k/a "Wraith,"**
**JOHN MOSMAN,**
**a/k/a "Pickleman,"**
**WARREN MUMPOWER,**
**a/k/a "Lizzard,"**
**RAYMOND ROY,**
**a/k/a "Nimo,"**
**ERIK WAYERSKI,**
**a/k/a "Lerch,"**
**WARREN WEBER,**
**a/k/a "Muad'Dib,"**
**and**

3

**RONALD WHITE,**
**a/k/a "RoadKill,"**

did knowingly and willfully engage in a child exploitation enterprise, that is, the

advertisement, transportation and shipment of child pornography, as defined in Title 18,

United States Code, Section 2256(8)(A), in interstate and foreign commerce by means of

a computer, as a series of three or more separate incidents and involving more than one

victim, in violation of Title 18, United States Code, Section 2252A(g).

## COUNT TWO

### A. CHARGE

That between on or about October 1, 2005, through the date of the return of this

indictment, in the Northern District of Florida and elsewhere, the defendants,

**MICHAEL BERGER,**
**a/k/a "Box of Rocks,"**
**JAMES FREEMAN,**
**a/k/a "Mystikal,"**
**RUBLE KEYS,**
**a/k/a "Crazy Horse,"**
**GARY LAKEY,**
**a/k/a "Eggplant,"**
**MARVIN LAMBERT,**
**a/k/a "Methuselah,"**
**NEVILLE McGARITY,**
**a/k/a "Wraith,"**
**JOHN MOSMAN,**
**a/k/a "Pickleman,"**
**WARREN MUMPOWER,**
**a/k/a "Lizzard,"**
**RAYMOND ROY,**
**a/k/a "Nimo,"**
**ERIK WAYERSKI,**
**a/k/a "Lerch,"**

4

**WARREN WEBER,**
**a/k/a "Muad'Dib,"**
**and**
**RONALD WHITE,**
**a/k/a "RoadKill,"**

did knowingly and willfully combine, conspire, confederate and agree with others both

known and unknown to the grand jury, to commit the following offenses against the

United States:

1.    To knowingly make, print and publish and cause to be made, printed and

published a notice and advertisement, seeking and offering to receive, exchange, produce,

display, distribute and reproduce visual depictions, the production of such visual

depictions involving minors engaged in sexually explicit conduct, as defined in Title 18,

United States Code, Section 2256(2), and such visual depictions containing such conduct,

knowing and having reason to know that such notice and advertisement would be

transported in interstate and foreign commerce by any means, including by mail or

computer, all in violation of Title 18, United States Code, Section 2251(d)(1).

2.    To knowingly transport and ship and attempt to transport and ship images

of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A),

which images had been mailed, shipped and transported in interstate and foreign

commerce, in violation of Title 18, United States Code, Section 2252A(a)(1);

3.    To knowingly receive and attempt to receive images of child pornography,

as defined in Title 18, United States Code, Section 2256(8)(A), which images had been

mailed, shipped and transported in interstate and foreign commerce, in violation of Title

5

18, United States Code, Section 2252A(a)(2); and

4. To knowingly possess and attempt to possess material which contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which images had been mailed, shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 2252A(a)(5).

5. To corruptly obstruct, influence and impede and attempt to corruptly obstruct, influence and impede to the due administration of justice in an official proceeding, in violation of Title 18, United States Code, Section 1512(c)(2).

## B. MANNER AND MEANS OF CONSPIRACY

It was part of the conspiracy that:

1. From on or about August 31, 2006, through the date of the return of this indictment, the defendants, **MICHAEL BERGER, a/k/a "Box of Rocks," JAMES FREEMAN, a/k/a "Mystikal," RUBLE KEYS, a/k/a "Crazy Horse," GARY LAKEY, a/k/a "Eggplant," MARVIN LAMBERT, a/k/a "Methuselah," NEVILLE McGARITY, a/k/a "Wraith," JOHN MOSMAN, a/k/a "Pickleman," WARREN MUMPOWER, a/k/a "Lizzard," RAYMOND ROY, a/k/a "Nimo," ERIK WAYERSKI, a/k/a "Lerch," WARREN WEBER, a/k/a "Muad'Dib," and RONALD WHITE, a/k/a "RoadKill,"** (hereinafter the "defendants"), were members of an Internet group that advertised, transported, shipped, received and discussed child pornography images and videos through newsgroups.

6

2. The defendants operated surreptitiously by using encryption techniques in order to thwart law enforcement from discovering the nature of the conspiracy.

3. On or about August 31, 2006, law enforcement was able to infiltrate the conspiracy undetected, and thus law enforcement was able to monitor the active advertisement, transportation, shipment, receipt and discussion of child pornography images and videos.

4. Between on or about August 31, 2006, through on or about the date of the return of this indictment, the members of the group advertised, transported, shipped, received and discussed over 400,000 images and videos of child exploitation.

5. Beginning in March of 2007, a federal grand jury sitting in Baltimore, Maryland, (and later in July of 2007 a federal grand jury sitting in Pensacola, Florida) conducted an investigation into allegations that the defendants were engaged in a child exploitation enterprise, in violation of Title 18, United States Code, Section 2252A(g).

## C. OVERT ACTS

In furtherance of the conspiracy, and to effect the objects thereof, the following overt acts, among others, were committed in the Northern District of Florida and elsewhere:

1. On or about November 7, 2006, **JAMES FREEMAN** posted the following text in the newsgroup "Two folders, "mild" and "wild." Do yourself a favor and look at all the "mild" pics before looking at the "wild" pics . . . All I can say is that they are worth the download." Attached thereto were directions for the conspirators to

7

receive images that were, in fact, images of child pornography. Following this posting, a conspirator thanked **FREEMAN** for the images, and **FREEMAN** wrote in response "My thanks to you and all the others that together make this the greatest group of pedos to ever gather in one place. I'm honored just to be a part of it."

2. On or about November 18, 2006, **WARREN WEBER** posted text in the newsgroup to direct conspirators on how to view images of child pornography. **WEBER** wrote "Pedolove 5,6,7,9 & 12." Attached thereto were directions for the conspirators to receive images that were, in fact, images of child pornography.

3. On or about November 21, 2006, **MARVIN LAMBERT** posted the following text in the newsgroup "I have a few 5yo Taras that you do not have," in response to a conspirator's posting of images. A review of the images referenced by **LAMBERT** revealed images of child pornography.

4. On or about December 18, 2006, **NEVILLE McGARITY** posted text in the newsgroup with the subject line "Holiday tunes for all!" Attached thereto were directions for the conspirators to receive numerous files that were, in fact, videos and images of child pornography. Many of the files referenced the age of the children being depicted as between the ages of one and twelve years old. At the end of the posting, **McGARITY** posted the following text: "Enjoy and Merry Christmas!"

5. On or about January 2, 2007, **RONALD WHITE** posted text in the newsgroup in response to a conspirator's posting of images. A review of the images referenced by **WHITE** revealed images of child pornography.

8

6. On or about February 1, 2007, **ERIK WAYERSKI** posted the following text in the newsgroup: "Marissa, known by the filenames of jan., feb, march,....etc. Series Name: Marissa" "!Again, sorry bout the Delay in postings . . ." Attached thereto were directions for the conspirators to receive images that were, in fact, images of child pornography.

7. On or about February 17, 2007, **MICHAEL BERGER** posted the following text in the newsgroup: "Meet 5 years old girl called Veronika. She does what girls of her age do, eats banana, massages herself with oil, plays with her pussy, etc ... :)." Attached thereto were directions for the conspirators to receive images that were, in fact, images of child pornography.

8. On or about February 26, 2007, **JOHN MOSMAN** posted the following text in the newsgroup: "...By the way, Im with Spock on Mala and Veronica.Mala is to die for in those pigtails. We need some naughty sets of her BrickHouse! Anyway just wanted to take a minute to say thanks to all." This was text written in response to posted text by a conspirator wherein the conspirator attached directions for others to receive images that were, in fact, images of child pornography.

9. On or about May 8, 2007, **GARY LAKEY** posted the following text in the newsgroup: "Hi Gang, More oldies found. This time a few misc vids: MISC," followed by a list of video files. Attached thereto were directions for the conspirators to receive videos that were, in fact, videos of child pornography.

9

10. On or about July 1, 2007, **RAYMOND ROY** posted the following text in the newsgroup: "Just dropping in for a hot minute with some Asian (Thai) flicks to help out the dry spell, and to give everyone something to do for an afternoon." Attached thereto were directions for the conspirators to receive videos that were, in fact, videos of child pornography. Along with the videos, **ROY** posted the following text: "This one may offend some here, so a word of caution, these girls are heavily drugged. Not much action to speak of, the girls are to fucked up to move, or resist. Three girls, the first one being the youngest, around 8 or 9 yo. Dude gets his freak on, and jacks off on their faces."

11. On or about July 8, 2007, **RUBLE KEYS** posted the following text in the newsgroup: "Can you also post some of the other "hcb" vids? At your leisure, of course. These look great!" This was written in response to posted text by a conspirator wherein the conspirator attached directions for others to receive images that were, in fact, images of child pornography.

12. On or about July 28, 2007, **WARREN MUMPOWER** posted the following text in the newsgroup: "Fallen, a certain gentleman known as Buttnugget, who used to ply the waters of Pedo U, has granted your wish for the rest of the girl in blue . . . This is her solo set. There are a couple more of her with another girl, a teen named Angelina." Attached thereto were directions for the conspirators to receive images that were, in fact, images of child pornography.

All in violation of Title 18, United States Code, Section 371.

10

## COUNT THREE

That between on or about August 31, 2006, through the date of the return of this indictment, in the Northern District of Florida and elsewhere, the defendant,

### MICHAEL BERGER,
### a/k/a "Box of Rocks,"

did knowingly make, print and publish and cause to be made, printed and published a notice and advertisement, seeking and offering to receive, exchange, produce, display, distribute and reproduce visual depictions, the production of such visual depictions involving minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depictions containing such conduct, knowing and having reason to know that such notice and advertisement would be transported in interstate and foreign commerce by any means, including by mail or computer, all in violation of Title 18, United States Code, Sections 2251(d)(1) and 2.

## COUNT FOUR

That between on or about August 31, 2006, through the date of the return of this indictment, in the Northern District of Florida and elsewhere, the defendant,

### JAMES FREEMAN,
### a/k/a "Mystikal,"

did knowingly make, print and publish and cause to be made, printed and published a notice and advertisement, seeking and offering to receive, exchange, produce, display, distribute and reproduce visual depictions, the production of such visual depictions involving minors engaged in sexually explicit conduct, as defined in Title 18, United

11

States Code, Section 2256(2), and such visual depictions containing such conduct,

knowing and having reason to know that such notice and advertisement would be

transported in interstate and foreign commerce by any means, including by mail or

computer, all in violation of Title 18, United States Code, Sections 2251(d)(1) and 2.

## COUNT FIVE

That between on or about August 31, 2006, through the date of the return of this

indictment, in the Northern District of Florida and elsewhere, the defendant,

### RUBLE KEYS,
### a/k/a "Crazy Horse,"

did knowingly make, print and publish and cause to be made, printed and published a

notice and advertisement, seeking and offering to receive, exchange, produce, display,

distribute and reproduce visual depictions, the production of such visual depictions

involving minors engaged in sexually explicit conduct, as defined in Title 18, United

States Code, Section 2256(2), and such visual depictions containing such conduct,

knowing and having reason to know that such notice and advertisement would be

transported in interstate and foreign commerce by any means, including by mail or

computer, all in violation of Title 18, United States Code, Sections 2251(d)(1) and 2.

## COUNT SIX

That between on or about August 31, 2006, through the date of the return of this

indictment, in the Northern District of Florida and elsewhere, the defendant,

### GARY LAKEY,
### a/k/a "Eggplant,"

12

did knowingly make, print and publish and cause to be made, printed and published a

notice and advertisement, seeking and offering to receive, exchange, produce, display,

distribute and reproduce visual depictions, the production of such visual depictions

involving minors engaged in sexually explicit conduct, as defined in Title 18, United

States Code, Section 2256(2), and such visual depictions containing such conduct,

knowing and having reason to know that such notice and advertisement would be

transported in interstate and foreign commerce by any means, including by mail or

computer, all in violation of Title 18, United States Code, Sections 2251(d)(1) and 2.

## COUNT SEVEN

That between on or about August 31, 2006, through the date of the return of this

indictment, in the Northern District of Florida and elsewhere, the defendant,

## MARVIN LAMBERT,
### a/k/a "Methuselah,"

did knowingly make, print and publish and cause to be made, printed and published a

notice and advertisement, seeking and offering to receive, exchange, produce, display,

distribute and reproduce visual depictions, the production of such visual depictions

involving minors engaged in sexually explicit conduct, as defined in Title 18, United

States Code, Section 2256(2), and such visual depictions containing such conduct,

knowing and having reason to know that such notice and advertisement would be

transported in interstate and foreign commerce by any means, including by mail or

computer, all in violation of Title 18, United States Code, Sections 2251(d)(1) and 2.

13

## COUNT EIGHT

That between on or about August 31, 2006, through the date of the return of this indictment, in the Northern District of Florida and elsewhere, the defendant,

### NEVILLE McGARITY,
### a/k/a "Wraith,"

did knowingly make, print and publish and cause to be made, printed and published a notice and advertisement, seeking and offering to receive, exchange, produce, display, distribute and reproduce visual depictions, the production of such visual depictions involving minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depictions containing such conduct, knowing and having reason to know that such notice and advertisement would be transported in interstate and foreign commerce by any means, including by mail or computer, all in violation of Title 18, United States Code, Sections 2251(d)(1) and 2.

## COUNT NINE

That between on or about August 31, 2006, through the date of the return of this indictment, in the Northern District of Florida and elsewhere, the defendant,

### JOHN MOSMAN,
### a/k/a "Pickleman,"

did knowingly make, print and publish and cause to be made, printed and published a notice and advertisement, seeking and offering to receive, exchange, produce, display, distribute and reproduce visual depictions, the production of such visual depictions involving minors engaged in sexually explicit conduct, as defined in Title 18, United

14

States Code, Section 2256(2), and such visual depictions containing such conduct,

knowing and having reason to know that such notice and advertisement would be

transported in interstate and foreign commerce by any means, including by mail or

computer, all in violation of Title 18, United States Code, Sections 2251(d)(1) and 2.

## COUNT TEN

That between on or about August 31, 2006, through the date of the return of this

indictment, in the Northern District of Florida and elsewhere, the defendant,

## WARREN MUMPOWER,
### a/k/a "Lizzard,"

did knowingly make, print and publish and cause to be made, printed and published a

notice and advertisement, seeking and offering to receive, exchange, produce, display,

distribute and reproduce visual depictions, the production of such visual depictions

involving minors engaged in sexually explicit conduct, as defined in Title 18, United

States Code, Section 2256(2), and such visual depictions containing such conduct,

knowing and having reason to know that such notice and advertisement would be

transported in interstate and foreign commerce by any means, including by mail or

computer, all in violation of Title 18, United States Code, Sections 2251(d)(1) and 2.

## COUNT ELEVEN

That between on or about August 31, 2006, through the date of the return of this

indictment, in the Northern District of Florida and elsewhere, the defendant,

## RAYMOND ROY,
### a/k/a "Nimo,"

15

did knowingly make, print and publish and cause to be made, printed and published a notice and advertisement, seeking and offering to receive, exchange, produce, display, distribute and reproduce visual depictions, the production of such visual depictions involving minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depictions containing such conduct, knowing and having reason to know that such notice and advertisement would be transported in interstate and foreign commerce by any means, including by mail or computer, all in violation of Title 18, United States Code, Sections 2251(d)(1) and 2.

## COUNT TWELVE

That between on or about August 31, 2006, through the date of the return of this indictment, in the Northern District of Florida and elsewhere, the defendant,

### ERIK WAYERSKI,
### a/k/a "Lerch,"

did knowingly make, print and publish and cause to be made, printed and published a notice and advertisement, seeking and offering to receive, exchange, produce, display, distribute and reproduce visual depictions, the production of such visual depictions involving minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depictions containing such conduct, knowing and having reason to know that such notice and advertisement would be transported in interstate and foreign commerce by any means, including by mail or computer, all in violation of Title 18, United States Code, Sections 2251(d)(1) and 2.

16

## COUNT THIRTEEN

That between on or about August 31, 2006, through the date of the return of this indictment, in the Northern District of Florida and elsewhere, the defendant,

### WARREN WEBER,
### a/k/a "Muad'Dib,"

did knowingly make, print and publish and cause to be made, printed and published a notice and advertisement, seeking and offering to receive, exchange, produce, display, distribute and reproduce visual depictions, the production of such visual depictions involving minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depictions containing such conduct, knowing and having reason to know that such notice and advertisement would be transported in interstate and foreign commerce by any means, including by mail or computer, all in violation of Title 18, United States Code, Sections 2251(d)(1) and 2.

## COUNT FOURTEEN

That between on or about August 31, 2006, through the date of the return of this indictment, in the Northern District of Florida and elsewhere, the defendant,

### MICHAEL BERGER,
### a/k/a "Box of Rocks,"

did knowingly transport and ship and attempt to transport and ship images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), in interstate and foreign commerce by means of a computer, all in violation of Title 18, United States Code, Sections 2252A(a)(1) and 2.

17

## COUNT FIFTEEN

That between on or about August 31, 2006, through the date of the return of this indictment, in the Northern District of Florida and elsewhere, the defendant,

### JAMES FREEMAN,
### a/k/a "Mystikal,"

did knowingly transport and ship and attempt to transport and ship images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), in interstate and foreign commerce by means of a computer, all in violation of Title 18, United States Code, Sections 2252A(a)(1) and 2.

## COUNT SIXTEEN

That between on or about August 31, 2006, through the date of the return of this indictment, in the Northern District of Florida and elsewhere, the defendant,

### GARY LAKEY,
### a/k/a "Eggplant,"

did knowingly transport and ship and attempt to transport and ship images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), in interstate and foreign commerce by means of a computer, all in violation of Title 18, United States Code, Sections 2252A(a)(1) and 2.

## COUNT SEVENTEEN

That between on or about August 31, 2006, through the date of the return of this indictment, in the Northern District of Florida and elsewhere, the defendant,

18

**MARVIN LAMBERT,**
**a/k/a "Methuselah,"**

did knowingly transport and ship and attempt to transport and ship images of child

pornography, as defined in Title 18, United States Code, Section 2256(8)(A), in interstate

and foreign commerce by means of a computer, all in violation of Title 18, United States

Code, Sections 2252A(a)(1) and 2.

## COUNT EIGHTEEN

That between on or about August 31, 2006, through the date of the return of this

indictment, in the Northern District of Florida and elsewhere, the defendant,

**NEVILLE McGARITY,**
**a/k/a "Wraith,"**

did knowingly transport and ship and attempt to transport and ship images of child

pornography, as defined in Title 18, United States Code, Section 2256(8)(A), in interstate

and foreign commerce by means of a computer, all in violation of Title 18, United States

Code, Sections 2252A(a)(1) and 2.

## COUNT NINETEEN

That between on or about August 31, 2006, through the date of the return of this

indictment, in the Northern District of Florida and elsewhere, the defendant,

**WARREN MUMPOWER,**
**a/k/a "Lizzard,"**

did knowingly transport and ship and attempt to transport and ship images of child

pornography, as defined in Title 18, United States Code, Section 2256(8)(A), in interstate

19

and foreign commerce by means of a computer, all in violation of Title 18, United States

Code, Sections 2252A(a)(1) and 2.

## COUNT TWENTY

That between on or about August 31, 2006, through the date of the return of this

indictment, in the Northern District of Florida and elsewhere, the defendant,

### RAYMOND ROY,
### a/k/a "Nimo,"

did knowingly transport and ship and attempt to transport and ship images of child

pornography, as defined in Title 18, United States Code, Section 2256(8)(A), in interstate

and foreign commerce by means of a computer, all in violation of Title 18, United States

Code, Sections 2252A(a)(1) and 2.

## COUNT TWENTY-ONE

That between on or about August 31, 2006, through the date of the return of this

indictment, in the Northern District of Florida and elsewhere, the defendant,

### ERIK WAYERSKI,
### a/k/a "Lerch,"

did knowingly transport and ship and attempt to transport and ship images of child

pornography, as defined in Title 18, United States Code, Section 2256(8)(A), in interstate

and foreign commerce by means of a computer, all in violation of Title 18, United States

Code, Sections 2252A(a)(1) and 2.

20

## COUNT TWENTY-TWO

That between on or about August 31, 2006, through the date of the return of this indictment, in the Northern District of Florida and elsewhere, the defendant,

### WARREN WEBER,
### a/k/a "Muad'Dib,"

did knowingly transport and ship and attempt to transport and ship images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), in interstate and foreign commerce by means of a computer, all in violation of Title 18, United States Code, Sections 2252A(a)(1) and 2.

## COUNT TWENTY-THREE

That between on or about August 31, 2006, through the date of the return of this indictment, in the Northern District of Florida and elsewhere, the defendant,

### MICHAEL BERGER,
### a/k/a "Box of Rocks,"

did knowingly and intentionally receive and attempt to receive material, namely images and videos, containing child pornography that had been shipped and transported in interstate and foreign commerce by computer, all in violation of Title 18, United States Code, Sections 2252A(a)(2) and 2.

## COUNT TWENTY-FOUR

That between on or about August 31, 2006, through the date of the return of this indictment, in the Northern District of Florida and elsewhere, the defendant,

21

### JAMES FREEMAN,
### a/k/a "Mystikal,"

did knowingly and intentionally receive and attempt to receive material, namely images

and videos, containing child pornography that had been shipped and transported in

interstate and foreign commerce by computer, all in violation of Title 18, United States

Code, Sections 2252A(a)(2) and 2.

### COUNT TWENTY-FIVE

That between on or about August 31, 2006, through the date of the return of this

indictment, in the Northern District of Florida and elsewhere, the defendant,

### RUBLE KEYS,
### a/k/a "Crazy Horse,"

did knowingly and intentionally receive and attempt to receive material, namely images

and videos, containing child pornography that had been shipped and transported in

interstate and foreign commerce by computer, all in violation of Title 18, United States

Code, Sections 2252A(a)(2) and 2.

### COUNT TWENTY-SIX

That between on or about August 31, 2006, through the date of the return of this

indictment, in the Northern District of Florida and elsewhere, the defendant,

### GARY LAKEY,
### a/k/a "Eggplant,"

did knowingly and intentionally receive and attempt to receive material, namely images

and videos, containing child pornography that had been shipped and transported in

22

interstate and foreign commerce by computer, all in violation of Title 18, United States

Code, Sections 2252A(a)(2) and 2.

## COUNT TWENTY-SEVEN

That between on or about August 31, 2006, through the date of the return of this

indictment, in the Northern District of Florida and elsewhere, the defendant,

### MARVIN LAMBERT,
### a/k/a "Methuselah,"

did knowingly and intentionally receive and attempt to receive material, namely images

and videos, containing child pornography that had been shipped and transported in

interstate and foreign commerce by computer, all in violation of Title 18, United States

Code, Sections 2252A(a)(2) and 2.

## COUNT TWENTY-EIGHT

That between on or about August 31, 2006, through the date of the return of this

indictment, in the Northern District of Florida and elsewhere, the defendant,

### NEVILLE McGARITY,
### a/k/a "Wraith,"

did knowingly and intentionally receive and attempt to receive material, namely images

and videos, containing child pornography that had been shipped and transported in

interstate and foreign commerce by computer, all in violation of Title 18, United States

Code, Sections 2252A(a)(2) and 2.

23

### COUNT TWENTY-NINE

That between on or about August 31, 2006, through the date of the return of this indictment, in the Northern District of Florida and elsewhere, the defendant,

### JOHN MOSMAN,
### a/k/a "Pickleman,"

did knowingly and intentionally receive and attempt to receive material, namely images and videos, containing child pornography that had been shipped and transported in interstate and foreign commerce by computer, all in violation of Title 18, United States Code, Sections 2252A(a)(2) and 2.

### COUNT THIRTY

That between on or about August 31, 2006, through the date of the return of this indictment, in the Northern District of Florida and elsewhere, the defendant,

### WARREN MUMPOWER,
### a/k/a "Lizzard,"

did knowingly and intentionally receive and attempt to receive material, namely images and videos, containing child pornography that had been shipped and transported in interstate and foreign commerce by computer, all in violation of Title 18, United States Code, Sections 2252A(a)(2) and 2.

### COUNT THIRTY-ONE

That between on or about August 31, 2006, through the date of the return of this indictment, in the Northern District of Florida and elsewhere, the defendant,

24

**RAYMOND ROY,**
**a/k/a "Nimo,"**

did knowingly and intentionally receive and attempt to receive material, namely images

and videos, containing child pornography that had been shipped and transported in

interstate and foreign commerce by computer, all in violation of Title 18, United States

Code, Sections 2252A(a)(2) and 2.

## COUNT THIRTY-TWO

That between on or about August 31, 2006, through the date of the return of this

indictment, in the Northern District of Florida and elsewhere, the defendant,

**ERIK WAYERSKI,**
**a/k/a "Lerch,"**

did knowingly and intentionally receive and attempt to receive material, namely images

and videos, containing child pornography that had been shipped and transported in

interstate and foreign commerce by computer, all in violation of Title 18, United States

Code, Sections 2252A(a)(2) and 2.

## COUNT THIRTY-THREE

That between on or about August 31, 2006, through the date of the return of this

indictment, in the Northern District of Florida and elsewhere, the defendant,

**WARREN WEBER,**
**a/k/a "Muad'Dib,"**

did knowingly and intentionally receive and attempt to receive material, namely images

and videos, containing child pornography that had been shipped and transported in

25

interstate and foreign commerce by computer, all in violation of Title 18, United States

Code, Sections 2252A(a)(2) and 2.

## COUNT THIRTY-FOUR

That between on or about August 31, 2006, through the date of the return of this

indictment, in the Northern District of Florida and elsewhere, the defendant,

### RONALD WHITE,
### a/k/a "RoadKill,"

did knowingly and intentionally receive and attempt to receive material, namely images

and videos, containing child pornography that had been shipped and transported in

interstate and foreign commerce by computer, all in violation of Title 18, United States

Code, Sections 2252A(a)(2) and 2.

## COUNT THIRTY-FIVE

That between on or about October 1, 2005, through the date of the return of this

indictment, in the Northern District of Florida and elsewhere, the defendants,

**MICHAEL BERGER,**
**a/k/a "Box of Rocks,"**
**JAMES FREEMAN,**
**a/k/a "Mystikal,"**
**RUBLE KEYS,**
**a/k/a "Crazy Horse,"**
**GARY LAKEY,**
**a/k/a "Eggplant,"**
**MARVIN LAMBERT,**
**a/k/a "Methuselah,"**
**NEVILLE McGARITY,**
**a/k/a "Wraith,"**
**JOHN MOSMAN,**
**a/k/a "Pickleman,"**

26

**WARREN MUMPOWER,**
**a/k/a "Lizzard,"**
**RAYMOND ROY,**
**a/k/a "Nimo,"**
**ERIK WAYERSKI,**
**a/k/a "Lerch,"**
**WARREN WEBER,**
**a/k/a "Muad'Dib,"**
**and**
**RONALD WHITE,**
**a/k/a "RoadKill,"**

did corruptly obstruct, influence and impede and attempt to corruptly obstruct, influence

and impede the due administration of justice in an official proceeding, in violation of

Title 18, United States Code, Section 1512(c)(2).

## CRIMINAL FORFEITURE

The allegations contained in Counts One through Thirty-Four of this Indictment

are hereby realleged and incorporated by reference for the purpose of alleging forfeiture,

pursuant to the provisions of Title 18, United States Code, Section 2253.

From their engagement in the violations alleged in Counts One through Thirty-

Four of this Indictment, the defendants,

**MICHAEL BERGER,**
**a/k/a "Box of Rocks,"**
**JAMES FREEMAN,**
**a/k/a "Mystikal,"**
**RUBLE KEYS,**
**a/k/a "Crazy Horse,"**
**GARY LAKEY,**
**a/k/a "Eggplant,"**
**MARVIN LAMBERT,**
**a/k/a "Methuselah,"**

27

**NEVILLE McGARITY,**
**a/k/a "Wraith,"**
**JOHN MOSMAN,**
**a/k/a "Pickleman,"**
**WARREN MUMPOWER,**
**a/k/a "Lizzard,"**
**RAYMOND ROY,**
**a/k/a "Nimo,"**
**ERIK WAYERSKI,**
**a/k/a "Lerch,"**
**WARREN WEBER,**
**a/k/a "Muad'Dib,"**
**and**
**RONALD WHITE,**
**a/k/a "RoadKill,"**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253,

all interest in:

A. Any visual depiction or other matter containing such visual depiction or image

of child pornography which was produced, transported, mailed, shipped, received, or

possessed as alleged in Counts One through Thirty-Four of this Indictment;

B. Any property, real or personal, constituting or traceable to gross profits or

other proceeds obtained from the offenses alleged in Counts One through Thirty-Four of

this Indictment; and

C. Any property, real or personal, used or intended to be used to commit or

promote the commission of the offenses alleged in Counts One through Thirty-Four of

this Indictment.

The property referenced in paragraph two, subparagraphs A, B and C above

includes, but is not limited to, computer hardware such as monitors, central processing

28

units, keyboards, computer programs, software, computer storage devices, such as disk

drive units, disks, tapes and hard disk drives/units, peripherals, modems and other

telephonic and acoustical equipment, printers, contents of memory data contained in and

through the aforementioned hardware and software, tools, equipment and manuals and

documentation for the assembly and use of the aforementioned hardware and software.

If, as the result of any act or omission of the defendant any of the property described

above as being subject to forfeiture:

A.     cannot be located upon the exercise of due diligence;

B.     has been transferred or sold to, or deposited with, a third person;

C.     has been placed beyond the jurisdiction of the Court;

D.     has been substantially diminished in value; or

E.     has been commingled with other property which cannot be divided without

        difficulty;

29

it is the intent of the United States, pursuant to Title 18, United States Code, Section

2253(o), to seek forfeiture of any other property of the defendant up to the value of any

forfeitable property described above.

All pursuant to Title 18, United States Code, Section 2253.

·A TRUE BILL:

_____
FOREPERSON

_2_/_19_/_2008_____
DATE

GREGORY R. MILLER
United States Attorney

DAVID L. GOLDBERG
Assistant United States Attorney

LISA MARIE FREITAS
Trial Attorney
Child Exploitation and Obscenity Section
U.S. Department of Justice

30