IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

vs.                             Case Nos.:  3:08cr22/LAC/EMT
                                                    3:13cv577/LAC/EMT

WARREN K. MUMPOWER

_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated October 20, 2016 (ECF No. 1208). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the objections filed.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.	Defendant's Motion to Vacate, Set Aside or Correct Sentence (ECF No. 1040) is **DENIED**.

.	3.	A certificate of appealability is denied.

**DONE AND ORDERED** this 16th day of November, 2016.


　　　　　 s/*L.A. Collier*　　　　　
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No.: 3:08cr22//LAC/EMT; 3:13cv577/LAC/EMT